```
 1  Josue Luis Ponce-Legaspi                           FILED
 2  Martinez Detention Facility
 3  1000 Ward Street                              08 AUG 11 AM 8:18
 4  Martinez, California 94553
 5  Booking Number: 2008008311                   CLERK, U.S. DISTRICT COURT
 6                                               NORTHERN DISTRICT OF CALIFORNIA
 7  Petitioner
 8
 9               United States District Court
10              for the Northern District of California
11
12  Josue Luis Ponce-Legaspi,    )   Case No.: CV 08 3328 MMC
13                               )
14           Petitioner,         )   Authorization for Deduction
15                               )   from Prisoner's Trust
16           vs.                 )   Account
17                               )
18  Michael Chertoff, Secretary, )   Date: July 30th 2008
19  United States Department of  )
20  Homeland Security,           )
21                               )
22           Respondent.         )
23                               )
24
25  To: The Clerk of the Court for the United States
26      District Court:
27
28  The petitioner, Josue Luis Ponce-Legaspi, hereby authorizes the
29  Clerk of the Court to deduct the funds necessary from the
30  petitioner's Prisoner Trust Account. Enclosed is a statement of
```

the Prisoner's Trust Account showing a balance of $7.19, dated July 30th 2008.

Dated: July 30th 2008

Respectfully submitted,

*Josue Luis Ponce-Legaspi*
Josue Luis Ponce-Legaspi
Petitioner



Wednesday, Jul 30, 2008  08:15 AM

*Jose Luis Ponce*
*K-94063 A-30*
*P.O.S.F.*
*100 Ward Street*
*94553*

Legal Mail

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

OAKLAND CA
02 AUG 2008 PM 5 T

