1 | Josue Luis Ponce-Legaspi
2 | Martinez Detention Facility
3 | 1000 Ward Street
4 | Martinez, California 94553
5 | Booking Number: 200800811
6 |
7 | Petitioner
8 |

FILED
08 AUG 13 AM 11:26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
for the Northern District of California

| Josue Luis Ponce-Legaspi, | ) | Case No.: CV 08 3328 MMC |
| | ) | |
| Petitioner, | ) | Authorization for Deduction |
| | ) | from Prisoner's Trust |
| vs. | ) | Account |
| | ) | |
| Michael Chertoff, Secretary, | ) | Date: July 30th 2008 |
| United States Department of | ) | |
| Homeland Security, | ) | |
| | ) | |
| Respondent. | ) | |

To: The Clerk of the Court for the United States District Court:

The petitioner, Josue Luis Ponce-Legaspi, hereby authorizes the Clerk of the Court to deduct the funds necessary from the petitioner's Prisoner Trust Account. Enclosed is a statement of

1 | the prisoner's Trust Account showing a balance of $7.19, dated
2 | July 30th 2008
3 |
4 | Dated: July 30th 2008
5 |
6 |
7 |                                           Respectfully submitted,
8 |
9 |                                           Josue Luis Ponce Legaspi
10 |                                          Josue Luis Ponce-Legaspi
11 |                                          Petitioner

## Certificate of Mailing

I certify that the following is true and correct. I, Bernardo Mendia, am not a party to the action specific to case number CV 08 3328. I am over the age of 18 years. My address is 1000 Ward Street, Martinez, California. I served this "Authorization for Deduction from Prisoner's Trust Account" by placing a copy in an envelope addressed as shown below and then by sealing and placing it for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Martinez, California, following facility procedures.

US District Court
450 Golden Gate Ave
PO Box 36060
San Francisco, CA 94102-9680

Dated: August 1st 2008

Bernardo Mendia



Wednesday, Jul 30, 2008  08:15 AM

Bernardo Mendia
00070101011-A30
Martinez Detention Facility
1000 Ward Street
Martinez, California 94553

OAKLAND CA 945
04 AUG 2008 PM 3 L



9410243661 C004

US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, California 94102-9680