Josue Luis Ponce-Legaspi
A008508311-A30
Martinez Detention Facility
1000 Ward Street
Martinez, California 94553

FILED
08 AUG 19 PM 12:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 14th 2008

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: Case Number CV08-3328 MMC

Dear Clerk of the Court:

With regards to my Writ of Habeas Corpus, I am requesting a status update. My understanding is that the writ was filed on July 9th 2008. I did provide authorization for the Court to deduct $5.00 from my Inmate Trust Account well in advance of the August 9th 2008 deadline.

Sincerely,

Josue Luis Ponce-Legaspi

Josue Luis Ponce-Legaspi

<u>Proof of Service by Mail</u>

Perez-Legrospi vs. Chertoff
Case No.: CV08-3328 MMC

Re: Letter dated August 14th 2008

I, Bernardo Mealey, declare that I am, and at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My current address and address at the time of service is:

    1000 Ward Street
    Martinez, California 94553

On August 15th 2008 I served the above mentioned document by placing a copy in an envelope addressed as shown below and then by sealing and placing it for collection, with prepaid postage, in the United States Mail at Martinez, California.

Dated: August 15th 2008

By: _____
    Bernardo Mealey

Office of the Clerk
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102



Bosc... Ponce-Legaspi
#A08005311-A50
Martinez Detention Facility
1000 Ward Street
Martinez, California 94553

Legal Mail

Office of the Clerk
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

OAKLAND CA 946
18 AUG 2008 PM 8 T

USA 42

9410243432 0004