IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSUE LUIS PONCE-LEGASPI,

        Petitioner,

  v.

MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security,

        Respondent.
                                          /

No. CV-08-3328 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED without prejudice to petitioner's filing a petition challenging the immigration detainer if at some future date petitioner is placed in the custody of the Department of Homeland Security pursuant to such detainer.

Dated: August 28, 2008                                    Richard W. Wieking, Clerk

                                                                       By: Tracy Lucero
                                                                       Deputy Clerk